UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert Willison,

    Plaintiff,

    v.                                         Case No. 2:15–cv–2704

Dr. Michael Davis,                 Judge Michael H. Watson

    Defendant.                       Magistrate Judge Kemp

## ORDER

    On December 7, 2016, Magistrate Judge Kemp, to whom this case was assigned, issued a Report and Recommendation ("R&R") recommending that the Court grant summary judgment to Defendant in this *pro se* prisoner civil rights case. R&R 12, ECF No. 20.

    The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* The R&R further specifically advised the parties that the failure to object within fourteen days would result in a waiver of the right to de novo review by the District Judge and the right to appeal the decision of the District Judge adopting the R&R. *Id.* at 12–13. The deadline for filing such objections has passed, and no objections were filed.

Accordingly, the Court **ADOPTS** the R&R and grants summary judgment to Defendant. The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**